AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEE REPORTS

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Selna, James V. | 2. Court or Organization<br>District Court, Central District of California | 3. Date of Report<br>May 14, 2010 |
|---|---|---|

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

United States District Judge, Active

**5. ReportType (check appropriate type)**

Nomination Date

___ Initial    X   Annual    ___ Final

**6. Reporting Period**

January 1, 2009 to December 31, 2009

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Trustee | Trust No. 2 |
| Custodian; Custodian | Custodian of Account 1; Custodian of Accounts ☐ 1 through 3, ☐ 1 through 5, and ☐ 1 through 3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 2009 | O'Melveny & Myers LLP–retirement pension | $ 105,312 |
| 2009 | Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 14,368 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Selna, James V. | Date of Report<br>May 14, 2009 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

Selna, James V.

**NONE** (No such reportable reimbursements.)

Association of Business Trial Lawyers | Attendance at annual meeting, including air fare, hotel, and some meals

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000 L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1; D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| Held in Account 1: | | | | | | | | | |
| 4 AT& T Corp common | D | Div. | M | T | | | | | |
| Time Warner Inc. (TWX) | A | Div. | J | T | Spin AOL | 12-9 | J | A | |
| | | | | | Spin TWC | 3-27 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P4=More than $50,00 ,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| AOL Inc. (AOL) | None | | J | T | Spin Off | 12-9 | J | | From TWX |
| Time Warner Cable (TWC) | None | | J | T | Spin Off | 3-27 | | | From TWX |
| Comcast Corp. class A common | A | Div. | K | T | | | | | |
| Corning common | A | Div. | K | T | | | | | |
| General Electric common | C | Div. | L | T | | | | | |
| Este Lauder Co. common | A | Div. | J | T | | | | | |
| Liberty Media Interactive (LINTA) | None | | J | T | | | | | |
| Liberty Media Hldg. (LCAPA) | None | | J | T | | | | | |
| Liberty Media Corp. Cl. A (LMDIA) | None | | J | T | Exch. for LSTZA | 11-20 | J | A | |
| | | | | | Merge into DTV | 11-20 | J | A | |
| | | | | | Part sale | 11-24 | J | A | |
| Liberty Media Corp. Cl. A (LSTZA)) | None | | J | T | Exchange LMDIA | 11-20 | J | | |
| DirecTV (DTV) | None | | J | T | Merged from LMDIA | 11-20 | | | |
| | | | | | Part sale | 11-30 | J | A | |
| Discovery Holdings Series A (DISCA) | None | | J | T | | | | | |
| Liberty Global Class A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Series C (LBTYK) | None | | J | T | | | | | |
| Limited Brands common | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 7 | McKesson Corp. common | A | Div. | L | T | Partial Gift | 12-11 | J | A | |
| 8 | Microsoft common | B | Div. | L | T | | | | | |
| 9 | Newell Rubbermaid common | A | Div. | J | T | | | | | |
| 10 | Pepsico Inc. common | A | Div. | J | T | | | | | |
| | Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| 11 | Walmart common | A | Div. | L | T | | | | | |
| 12 | Watson Pharmaceuticals common | None | | K | T | | | | | |
| 13 | Washington Mutual common | None | | J | T | | | | | |
| 14 | Xcel Energy Inc. common | C | Div. | M | T | Partial Buy | 8-18 | L | | |
| 15 | Charles Schwab Muni Money Fund | A | Div. | L | T | | | | | |
| | Supervalu Inc. common | A | Div. | J | T | | | | | |
| | Bed Bath & Beyond common | None | | K | T | | | | | |
| | Southwest Airlines common | A | Div. | K | T | | | | | |
| | Consolidated Edison | A | Div. | K | T | Buy | 8-18 | K | | |
| | Pimco Total Return | A | Div. | M | T | Buy | 10-28 | M | | |
| | Gabelli Small Cap Growth (See note in Section VIII.) | A | Cap. Gain | K | T | | | | | |
| | Held in Account 2: | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1, 00,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| income, assets, or transactions | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| Northern Trust Market Fund | A | Int. | K | T | | | | | |
| | A | Div. | J | T | Spin AOL | 12-9 | J | A | |
| | | | | | Spin TWC | 3-27 | J | A | |
| | None | | J | T | Spin Off | 12-9 | J | | From TWX |
| | None | | J | T | Spin Off | 3-27 | J | | From TWX |
| | | | | | Pa sale | 3-27 | J | A | |
| | None | | J | T | | | | | |
| | A | Div. | J | T | | | | | |
| | A | Div. | J | T | | | | | |
| | None | | J | T | | | | | |
| | None | | J | T | Buy | 3/20 | J | | |
| | A | Div. | J | T | | | | | |
| 20 | Duke Energy common | A | Div. | J | T | | | | |
| | Spectra Energy Corp. | A | Div. | J | T | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 53 | Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | | |
| 54 | Charles Schwab Money Market | A | Div. | K | T | | | | | |
| | Alaska Air Group common | None | | J | T | | | | | |
| | Bank of America | A | Div. | J | T | | | | | |
| | Held in Account 5: | | | | | | | | | |
| 56 | AT & T Corp. common | C | Div. | L | T | | | | | |
| | Comcast Corp. common | A | Div. | J | T | | | | | |
| | Supervalu Inc. | A | Div. | J | T | | | | | |
| | Time Warner Inc. (TWX) | A | Div. | J | T | Spin AOL | 12-9 | J | A | |
| | | | | | | Spin TWC | 3-27 | J | A | |
| | AOL Inc. (AOL) | None | | J | T | Spin Off | 12-9 | J | | From TWX |
| | Time Warner Cable (TWC) | None | | J | T | Spin Off | 3-27 | J | | From TWX |
| 69 | Cisco Systems common | None | | K | T | | | | | |
| | Conagra Foods common | B | Div. | K | T | | | | | |
| | GNMA PL #422670 | A | Interest | J | T | | | | | |
| | | A | Principal | | | | | | | |
| | Dell Computer common | None | | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Ford Motor Co. common | None | | J | T | | | | | |
| Hewlett-Packard common | A | Div. | L | T | | | | | |
| Jones Apparel Group | A | Div. | J | T | | | | | |
| Liberty Media Class A Common | None | | J | T | | | | | |
| Liberty Media Hldg (LINTA) | None | | J | T | | | | | |
| Liberty Media Hldg (LCAPA) | None | | J | T | | | | | |
| Liberty Media Corp. Cl. A (LMDIA) | None | | J | T | Merged DTV | 11-20 | J | A | |
| | | | | | Exch. for LSTZA | 11-20 | J | A | |
| | | | | | Part Sale | 11-24 | J | A | |
| Liberty Media Corp. Cl. A (LSTZA) | None | | J | T | Spin from LMDIA | 11-20 | J | A | |
| | | | | | Part sale | 11-24 | J | A | |
| DirecTV (DTV) | None | | J | T | Merged from LMDIA | 11-20 | J | | |
| | | | | | Part sale | 11-3 | J | A | |
| Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | | | | | |
| Discovery Holdings Ser. A (DISCA) | None | | J | T | | | | | |
| Alcatel Lucent | None | | J | T | | | | | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2.501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or tr nsactions) | | | | | | | | | |
| Microsoft common | B | Div. | L | T | | | | | |
| Oracle common | A | Div. | L | T | | | | | |
| Sempra Energy common | B | Div. | K | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Thermo Fisher common | None | | K | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| Symantec Corp. | None | | J | T | | | | | |
| Viacom Class B New | None | | J | T | | | | | |
| CBS Corp. Class B | A | Div | J | T | | | | | |
| Waste Management common | B | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | N | T | | | | | |
| Washington Mutual common | None | | J | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Intel Corp. | B | Div. | L | T | | | | | |
| Wal-Mart Stores Inc. | B | Div. | L | T | | | | | |
| Apache Corporation | A | Div. | M | T | | | | | |
| Home Depot common | B | Div. | L | T | | | | | |
| General Electric common | A | Div | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000 | | | |
| | | F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000 | | | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000 | | | |
| | | N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000 | | | |
| | | P3=$25,000,001-$50,000,000  P4=More than $50,000,000 | | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market | | | |
| | | U=Book value  V=Other  W=Estimated | | | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Boeing common | B | Div. | L | T | | | | | |
| Rockwell Collins common | A | Div. | L | T | | | | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Held as Custodian: | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | B | Div | K | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | K | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
| | A | Principal | | | | | | | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 10  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Washington Mutual common | None | | J | T | | | | | |
| Bank of America Corp. | A | Div. | K | T | | | | | |
| AT & T New | D | Div. | M | T | Add Buy | 5-8 | K | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | None | | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | None | | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |
| Bank Accounts: | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Bank of America | None | | K | T | | | | | |
| Beal Bank, Acct. 1 | C | Int. | M | T | Redeemed | 9-1 | M | A | |
| OneWest Bank fka Indymac Bank FSB | D | Int. | M | T | | | | | |
| OneWest Bank | A | Int. | M | T | CD Purchased | 9-28 | | | |
| Wachovia Bank Acct. 1 | A | Int. | M | T | | | | | |
| Wachovia Bank Acct. 2 | B | Int. | M | T | Redeemed | 9/5 | | A | |
| Wachovia Bank Acct. 3 | B | Int. | M | T | Redeemed | 9/19 | | A | |
| Wachovia Bank Acct. 4 | B | Int. | M | T | Redeemed | 10/11 | | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part I, Line 2 lists the following custodianships: Custodian of Accounts [ ] 1 t rough 3, [ ] 1 through 5, and [ ] 1 through 3. The custodian accounts hold com on stock, but the holdings in each account are below the reporting level.

Part VII, page 4: Gabelli Small Cap Gro th was inadvertently omitted from the Report for 2008. See transmittal letter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the pro 7353 and Judicial Conference regulations.

Signature _____     Date _____J- /t/. )0_____

NOTE: ANY INDIVID              LSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL A             04.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544